```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18636
    CATRICE JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2980


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/10/2007 and was confirmed 11/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was dismissed after confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURINTURE          SECURED           1500.00            .00          346.09
ARONSON FURINTURE          UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED         6490.00            .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY      NOT FILED           .00            .00
US CELLULAR                UNSECURED        NOT FILED           .00            .00
CINGULAR                   UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00            .00
AFFORDABLE FURNITURE CO    UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          669.13            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          468.33            .00            .00
AT&T                       UNSECURED        NOT FILED           .00            .00
MARSHALLS                  UNSECURED        NOT FILED           .00            .00
CITIZENS FINANCE COMPANY   SECURED           5208.00            .00          766.96
EMERGENCY CARE HEALTH OR   UNSECURED        NOT FILED           .00            .00
ECONOMY INTERIORS          UNSECURED        NOT FILED           .00            .00
PREMIER BANKCARD           UNSECURED          394.59            .00            .00
HEALTH CARE CREDIT UNION   UNSECURED          759.06            .00            .00
KEVIN CUMMINGS             UNSECURED        NOT FILED           .00            .00
NCO PORTFOLIO MANAGEMENT   UNSECURED         1017.65            .00            .00
MILLENNIUM FINANCIAL GRO   UNSECURED          889.49            .00            .00
NICOR GAS                  UNSECURED         1088.14            .00            .00
NORTHWESTERN MED FACULTY   UNSECURED        NOT FILED           .00            .00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED           .00            .00
QX FINANCIAL SERV          UNSECURED        NOT FILED           .00            .00
PAYDAY LOANS               UNSECURED        NOT FILED           .00            .00
PROVIDIAN FINANCIAL        UNSECURED        NOT FILED           .00            .00
PROVIDIAN                  UNSECURED        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          356.00            .00            .00
ARROW FINANCIAL            UNSECURED        NOT FILED           .00            .00
PULLMAN WHEEL WORKS        NOTICE ONLY      NOT FILED           .00            .00
PULLMAN WHEELWORKS         UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18636 CATRICE JOHNSON
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED      1823.55              .00              .00
MARION SUPERIOR CT        UNSECURED    NOT FILED              .00              .00
USA PAYDAY LOANS          UNSECURED    NOT FILED              .00              .00
AT & T                    UNSECURED    NOT FILED              .00              .00
ASSET ACCEPTANCE CORP     UNSECURED       874.87              .00              .00
IL DEPT OF HUMAN SERVICE  UNSECURED      1006.00              .00              .00
DEPARTMENT OF EMPLOYMENT  UNSECURED    NOT FILED              .00              .00
CITIZENS FINANCE COMPANY  UNSECURED          .69              .00              .00
ANGELA KOCONIS GIBSON     DEBTOR ATTY   1,074.00                            399.17
TOM VAUGHN                TRUSTEE                                           125.58
DEBTOR REFUND             REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,637.80

PRIORITY                                            .00
SECURED                                        1,113.05
UNSECURED                                           .00
ADMINISTRATIVE                                    399.17
TRUSTEE COMPENSATION                              125.58
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                 1,637.80              1,637.80

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE